# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153202

IN RE SCHMIDT

_____

JAMES EDWARD SCHMIDT,

      Plaintiff-Appellant,

v

KALKASKA CIRCUIT COURT JUDGE,

      Defendant-Appellee.

_____

SC: 153202
CoA: 329703

On order of the Chief Justice, plaintiff-appellant having failed to acknowledge an obligation to pay the $375.00 filing fee in installments as required by the order of March 25, 2016, the Clerk of the Court is hereby directed to close this file.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2016

jam

Clerk